UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-396-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| MICHAEL DEMONTE JONES | |

On motion of the Defendant, Michael Demonte Jones, and for good cause shown, it is hereby ORDERED that the **[DE 76]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 9th day of May, 2019.

LOUISE W. FLANAGAN
United States District Judge